AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia   ▼

| | |
|---|---|
| U.S. Bank National Association, d/b/a U.S. Bank Equipment Finance<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Advanced Home Inspection, LLC and Bradley Gamlin<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:23-cv-00543<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bradley Gamlin
2102 Buckingham Ave.
Henrico, VA  23228-6027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald S. Canter, Esq.
Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, MD 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   8/24/2023   _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **3:23-CV-00543-RCY**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Bradley Gamlin**
was recieved by me on  **9/27/2023:**

☒    I personally served the summons on the individual at **10101 Chestnut Grove, Mechanicsville, VA 23116** on **09/28/2023 at 11:10 AM**; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 69.00** for services, for a total of **$ 69.00**.

I declare under penalty of perjury that this information is true.

Date:   09/28/2023

_____
*Server's signature*

**Shaena Goodman-Robinson**
*Printed name and title*

**11933 Exbury Terrace**
**Midlothian, VA 23114**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Bradley Gamlin with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**





Tracking #: **0115004878**