**IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION )<br>d/b/a U.S. BANK EQUIPMENT FINANCE )<br>    )<br>    Plaintiff,    )<br>    )<br>    v.    )<br>    )<br>ADVANCED HOME INSPECTION, LLC and )<br>BRADLEY GAMLIN    )<br>    )<br>    Defendants    )<br>    ) | Case No: 3:23-cv-00543-RCY |

**MOTION  FOR DEFAULT JUDGMENT AS TO DEFENDANT**
**ADVANCED HOME INSPECTION,  LLC**

NOW COMES Plaintiff U.S. Bank National Association d/b/a U.S. Bank Equipment Finance, by and through counsel, and for its Motion for Default Judgment pursuant to FED. R. CIV. P. 55(b) against Defendant Advanced Home Inspection, LLC, states as follows:

**BACKGROUND**

1.  On August 24, 2023, Plaintiff U.S. Bank National Association d/b/a U.S. Bank Equipment Finance ("Plaintiff" or "U.S. Bank") filed its Complaint against Defendant Advanced Home Inspection, LLC ("Defendant" or "Advanced"). (ECF No. 1).

2.  Plaintiff served Defendant with copies of the Summons, Complaint, Exhibits, and Notification as to Affiliates / Corporate Disclosure Statement on September 27, 2023 (ECF No. 6).

3.  On November 30, 2023, the Clerk of the Court entered an Entry of Default against Defendant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. (ECF No. 10).

4.  Pursuant to FED. R. CIV. P. 8, Defendant admits all the factual allegations of Plaintiff's

Complaint. Accordingly, the Defendant is deemed to have breached its contractual obligations to U.S. Bank.

5.  U.S. Bank offers the Declarations of  Kyle Lundeen and Ronald S. Canter, Esquire in Support of this Motion for Default Judgment. *See* EXHIBITS 1 & 2.

### DAMAGES

6.  U.S. Bank and Advanced Home Inspection, LLC entered into two Equipment Finance Agreements.  *See* EXHIBIT 1 at ¶¶ 9 and 20, and EXHIBITS A and C thereto.

7.  In order to secure payment of the debts, Defendant Gamlin executed thereto Personal Guaranty of the debts.  *See* Exhibit 1, at ¶¶ 9  and 23, EXHIBIT A, thereto, at pg. 7 and , EXHIBIT C, thereto, at pg. 7.

8.  U.S. Bank's Payment History recorded all payments made on the balances due from Defendants under the Agreements. *See* EXHIBIT 1 at ¶ 8,  ¶ 14 and ¶ 25, and EXHIBITS  B & D thereto.

9.  Defendants failed to make the monthly payments due under the Agreements and are in default. EXHIBIT 1 at ¶¶ 14-15 and ¶¶25-26.

10.  Following Defendants' defaults under the Agreements, U.S. Bank demanded payment from Defendants.  *Id.* at ¶¶  17 and 28.

11. Defendants has failed or refused to make payment to cure Defendants' defaults under the Agreements.  *Id.*

12. As a result of Defendants' default under the 7312 Agreement, U.S. Bank is entitled to damages in the amount of $33.037.74 as follows:

a.  **Past Due Payments:**                                     **$  3,088.70**
    (04/03/2023 – 6/03/2023)
    Balance of $ 253.22 on partial payment
    and 2 payments of $ 1,417.74 each

2

|   |   |   |
|---|---|---|
| b. | **Late Charges:**<br>10% of the payment of amount of $ 1,417.74<br>($141.77) for 11 total late charges (7/8/22, 9/08/2022-<br>6/08/2023) | **$  1,559.47** |
| c. | **Discounted Future Payment Balance:**<br>Total Balance of $28,608.02 less Past Due Payments<br>of $3,088.70, for total of $25,519.32,<br>discounted at a rate of 2% per annum | **$   25,119.71** |
| d. | **Pre-Judgment Interest:**<br>at the rate of 12% per annum from the date of<br>acceleration of April 3, 2023 to March 1, 2024,<br>(334 days) and continuing to accrue at the<br>rate of $9.79 per day | **$ 3,269.86** |

**Balance Due  under Agreement 7132:**                  **$ 33,037.74[1]**

13.  As a result of Defendants' default under the 6015Agreement, U.S. Bank is entitled to damages in the amount of $74,087.03 as follows:

|   |   |   |
|---|---|---|
| a. | **Past Due Payments:**<br>(02/23/2023 – 5/23/2023)<br>Balance of $ 752.04 on partial payment<br>and 3 payments of $ 1,375.06 each | **$ 4,878.06** |
| b. | **Late Charges:**<br>10% of the payment of amount of $ 1,375.34<br>($137.53) for 11 total late charges (7/28/2023- 5-28/2023)<br>plus one partial late charge on 6/28/2023<br>of $ 23.20 | **$  1,536.03** |
| c. | **Discounted Future Payment Balance:**<br>Total Balance $ 66,768.36,less past due payments<br> of $4,878.06, for total of $61,890.30,<br>discounted at a rate of 2% per annum | **$ 59,578.57** |
| d. | **Pre-Judgment Interest:**<br>at the rate of 12% per annum from the date of<br>acceleration of February 23, 2023 to March 1, 2024,<br>(373 days) and continuing to accrue at the<br>rate of $ 21.70 | **$ 8,094.10** |

---

[1] *See* Exhibit 1, ¶19.

**Balance Due  under Agreement 6015:**                    **$ 74,087.03**[2]

14. Pursuant to ¶ 6 of the Agreements, U.S. Bank is entitled to attorneys' fees and costs in the amount of $ 36,741.26. *See* Declaration of Ronald S. Canter, Esquire, Counsel for U.S. Bank, in Support of Attorneys' Fees and Costs, attached hereto as EXHIBIT 2.

**WHEREFORE**, Plaintiff U.S. Bank National Association d/b/a U.S. Bank Equipment Finance respectfully requests that this Honorable Court enter an Order granting Judgment in its favor and against Defendant Advanced Home Inspection, LLC  for money damages in the amount of $107,124.77, plus attorneys' fees and costs in the amount of $36,471.26 , as set forth in the affidavit of Ronald S. Canter, Esquire (EXHIBIT 2), for a total judgment as of March 1, 2024 of $143,596.03, plus additional pre-judgment  interest from March 2, 2024 to judgment in the amount of $31.49 per diem.

Respectfully submitted,

**THE LAW OFFICES**
  **OF RONALD S. CANTER, LLC**

/s/ *Ronald S. Canter*
Ronald S. Canter, Esquire (#87187)
200A Monroe Street, Suite 104
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
rcanter@roncanterllc.com (email)
**Counsel for Plaintiff,**
**U.S. Bank National Association,**
**d/b/a U.S. Bank Equipment Finance**

---

[2] *See* Exhibit 1, ¶ 30.

## ROSEBORO WARNING

You are entitled to file a response opposing the motion.  Any response must be filed within twenty-one (21) days of the day on which this Motion is filed.

The Court could enter judgment on the basis of the moving party's papers if you do not file a response.

You must identify all facts stated by the moving party with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury)

You are also entitled to file a legal brief in opposition to the one filed by the moving party.

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing was mailed, first class, postage pre-paid,

this 7th day of March, 2024, to:

Advanced Home Inspection, LLC
c/o Bradley Gamlin, Resident Agent
10101 Chestnut Grove
Mechanicsville, VA 23116

Bradley Gamlin
10101 Chestnut Grove
Mechanicsville, VA 23116

*Defendants*

*/s/ Ronald S. Canter*
Ronald S. Canter, Esquire

5