# GARNISHEE'S ANSWER

Commonwealth of Virginia    Va. Code § 8.01-511, -515

| RETURN DATE | CASE NO. |
|---|---|
| August 4, 2026 @ 1:00 p.m. | 3:23CV543 (RCY) |

## GARNISHEE'S ANSWER

**TO THE GARNISHEE:**
1. Do **not** make checks payable to the Court. Make checks for monies withheld on garnishments payable to the name of the judgment creditor (plaintiff) as shown to the right.
2. Use this form for your answer/response.
3. Please record the **Case Number and Return/Hearing Date** on all checks and answers to be submitted to the court.
4. Please mail checks or responses to the Court listed on the Garnishment Summons.

[ ] Enclosed is a check made payable to the within-named judgment creditor for $ ................................................ which is the amount withheld from the judgment debtor.

[ ] The garnishee holds no money or other property of the judgment debtor.

[ ] The garnishee does not have sufficient information to reasonably identify the judgment debtor.

Explain:

.......................................................................................................................

[ ] The judgment debtor was not employed by the garnishee during the period from the service of the summons until the return date.

[ ] The judgment debtor's wages, salary, other compensation, or other debt due or property of the judgment debtor, is not specified in the Garnishment Summons.

[ ] The debtor's "disposable earnings" are less than the amount statutorily exempt from garnishment.

[ ] The garnishee is currently deducting the maximum amount for an existing summons:

DATED: .......................... RETURN DATE: ................................. FROM: ...................................... COURT

[ ] The judgment debtor has filed a bankruptcy petition.

[ ] The judgment debtor account is: [ ] a solely owned account. [ ] a joint account held with ................................

of .................................................................. containing $ ................................. funds.

[ ] The funds held by the garnishee include direct deposited federal benefits that are protected under federal law from garnishment. (Please specify the specific exemption, account balance, and protected amount, if applicable; attach as necessary.)

.......................................................................................................................

| .................................... DATE | .................................... SIGNATURE |

.......................................................................................................................
(PRINT OR TYPE) NAME AND TITLE OF PERSON SIGNING THIS ANSWER

**TO THE GARNISHEE OF PROPERTY OTHER THAN WAGES, SALARIES, COMMISSIONS OR OTHER EARNINGS:** If the summons contains either the social security number or taxpayer identification number of the judgment debtor, **or** the name and address of the judgment debtor, as either appears in your records, the summons shall be deemed to contain information sufficient to enable you to reasonably identify the judgment debtor. If sufficient or accurate information to enable you to reasonably identify the judgment debtor is provided, you **shall** (i) answer to the court, (ii) state what your records show as the last known address for the judgment debtor, and any other information you deem relevant, and (iii) **send to the judgment debtor at the last known address** a copy of this Answer to the court. This information can be provided on the reverse of this form.

In compliance with § 8.01-511.1, provide last known address for the judgment debtor and any other information deemed relevant based on the garnishee's records:

.......................................................................................................................

---

U.S. Bank National Association
............................................................
JUDGMENT CREDITOR

**v.**

Advanced Home Inspection LLC
............................................................
JUDGMENT DEBTOR

Truist Bank
............................................................
GARNISHEE

COMPLETE AS LISTED ON GARNISHMENT SUMMONS:

US District Court for the Eastern District of VA
............................................................
COURT NAME

701 East Broad Street, Richmond, VA 23219
............................................................
COURT ADDRESS

............................................................
COURT TELEPHONE NUMBER

## ATTORNEY FOR GARNISHEE

.......................................................................................................................

.......................................................................................................................

.......................................................................................................................

FORM DC-456 REVISED 10/17