# GARNISHEE'S ANSWER

Commonwealth of Virginia    Va. Code § 8.01-511, -515

Case 3:23-cv-00543-RCY   Document 23-3   Filed 05/18/26   Page 1 of 4 PageID# 217

| RETURN DATE | CASE NO. |
|---|---|
| August 4, 2026 @ 1:00 p.m. | 3:23CV543 (RCY) |

## GARNISHEE'S ANSWER

**TO THE GARNISHEE:**

1. Do <u>not</u> make checks payable to the Court. Make checks for monies withheld on garnishments payable to the name of the judgment creditor (plaintiff) as shown to the right.
2. Use this form for your answer/response.
3. Please record the **Case Number and Return/Hearing Date** on all checks and answers to be submitted to the court.
4. Please mail checks or responses to the Court listed on the Garnishment Summons.

[ ]  Enclosed is a check made payable to the within-named judgment creditor for $ ............................................... which is the amount withheld from the judgment debtor.

[ ]  The garnishee holds no money or other property of the judgment debtor.

[ ]  The garnishee does not have sufficient information to reasonably identify the judgment debtor.

Explain:

..............................................................................................................................

[ ]  The judgment debtor was not employed by the garnishee during the period from the service of the summons until the return date.

[ ]  The judgment debtor's wages, salary, other compensation, or other debt due or property of the judgment debtor, is not specified in the Garnishment Summons.

[ ]  The debtor's "disposable earnings" are less than the amount statutorily exempt from garnishment.

[ ]  The garnishee is currently deducting the maximum amount for an existing summons:

DATED: ................................. RETURN DATE: ..................................... FROM: ...................................................................... COURT

[ ]  The judgment debtor has filed a bankruptcy petition.

[ ]  The judgment debtor account is: [ ] a solely owned account. [ ] a joint account held with ..............................................

of ......................................................................................... containing $ ............................................ funds.

[ ]  The funds held by the garnishee include direct deposited federal benefits that are protected under federal law from garnishment. (Please specify the specific exemption, account balance, and protected amount, if applicable; attach as necessary.)

..............................................................................................................................

| | |
|---|---|
| ............................................. | .............................................................. |
| DATE | SIGNATURE |

..............................................................................................................................
(PRINT OR TYPE) NAME AND TITLE OF PERSON SIGNING THIS ANSWER

**TO THE GARNISHEE OF PROPERTY OTHER THAN WAGES, SALARIES, COMMISSIONS OR OTHER EARNINGS:** If the summons contains either the social security number or taxpayer identification number of the judgment debtor, **or** the name and address of the judgment debtor, as either appears in your records, the summons shall be deemed to contain information sufficient to enable you to reasonably identify the judgment debtor. If sufficient or accurate information to enable you to reasonably identify the judgment debtor is provided, you **shall** (i) answer to the court, (ii) state what your records show as the last known address for the judgment debtor, and any other information you deem relevant, and (iii) **send to the judgment debtor at the last known address** a copy of this Answer to the court. This information can be provided on the reverse of this form.

In compliance with § 8.01-511.1, provide last known address for the judgment debtor and any other information deemed relevant based on the garnishee's records:

..............................................................................................................................

FORM DC-456 REVISED 10/17

---

**COMPLETE AS LISTED ON GARNISHMENT SUMMONS:**

............... U.S. Bank National Association ...............
JUDGMENT CREDITOR

**v.**

............... Advanced Home Inspection LLC ...............
JUDGMENT DEBTOR

............... Truist Bank ...............
GARNISHEE

**COMPLETE AS LISTED ON GARNISHMENT SUMMONS:**

............... US District Court for the Eastern District of VA ...............
COURT NAME

............... 701 East Broad Street, Richmond, VA 23219 ...............
COURT ADDRESS

.....................................................
COURT TELEPHONE NUMBER

## ATTORNEY FOR GARNISHEE

.....................................................

.....................................................

.....................................................

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. Bank National Association | 3:23CV543 (RCY) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Bradley Gamlin | Garnishment Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Truist Bank - SERVE Garnishment Designee: Janet Lofton

ADDRESS *(Street or RFD. Apartment No., City, State and ZIP Code)*

4117 Chain Bridge Road, Fairfax, VA 22030

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ronald S. Canter, Esq.
2200 Research Blvd., Suite 560
Rockville, MD 20850

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

Signature of Attorney other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 301-424-7490 | 5/18/26 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.