IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

U.S. BANK NATIONAL ASSOCIATION, )
     Plaintiff, )
      )
      )
     v. )     Civil Action No.  3:23CV543 (RCY)
      )
ADVANCED HOME INSPECTION, )
LLC, *et al.*, )
     Defendants. )
_____ )

## FINAL JUDGMENT ORDER

This matter is before the Court on Plaintiff's Renewed Motion for Default Judgment (ECF No. 16).  For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Renewed Motion for Default Judgment (ECF No. 16) is GRANTED IN PART.  The Court ORDERS that JUDGMENT is hereby ENTERED as to Counts I and II of the Complaint in favor of Plaintiff U.S. Bank National Association against Defendants Advanced Home Inspection, LLC and Bradley Gamlin, in the amount of $95,760.54, plus pre-judgment interest at the contractual rate of 12% per annum from April 3, 2023 through January 3, 2025, plus attorneys' fees and costs in the amount of $8,203.50.

Let the Clerk enter this Final Judgment Order and the accompanying Memorandum Opinion electronically and mail copies to the Defendants at the addresses listed in Plaintiff's Certificate of Service on the Notice of Hearing (ECF No. 12).

This case is now CLOSED.

It is so ORDERED.

                                  /s/
                              Roderick C. Young
                              United States District Judge

Date: February 26, 2026
Richmond, Virginia