GARNISHMENT SUMMONS (revised 10/09)



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

F I L E D

JUN - 1 2026

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Case No: __3:23CV543 (RCY)___
Case Name: __U.S. Bank National Association v. Advanced Home Inspection LLC et al.__

U.S. Bank National Association, 1310 Madrid Street, Marshall, MN 56258
(Name and street address of judgment creditor)

Advanced Home Inspection LLC 10101 Chestnut Grove Mechanicsville, VA 23116, EIN:xx-xxx
(Name, street address and last four digits of the social security number of judgment debtor)

Truist Bank SERVE Garnishment Designee: Janet Lofton 4117 Chain Bridge Road, Fairfax, VA 22030
(Name and street address of garnishee, last four digits of the bank account number, if applicable)

Hearing Date and Time: __August 4, 2026 at 1:00 p.m.__
Date of Judgment: __February 26, 2026__

| MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT | | JUDGMENT PRINCIPAL: | $ 95,760.54 |
| --- | --- | --- | --- |
| ____ SUPPORT | | CREDITS: | $ |
| | | INTEREST: | $ 20,185.09 |
| ____ 50% ____ 55% ____ 60% ____ 65% | | JUDGMENT COSTS: | $ |
| (if not specified, then 50%) | | ATTORNEYS' FEES: | $ 8,203.50 |
| ____ STATE OR FEDERAL TAXES 100% | | GARNISHMENT COSTS: | $ |
| IF NONE OF THE ABOVE ARE CHECKED THEN SEC. 34-29(a) & 15 USC 1673 APPLIES | | TOTAL BALANCE DUE: | $ 124,149.13 |
| | | (The garnishee shall rely on this amount) | |

TO THE MARSHAL OF THE EASTERN DISTRICT OF VIRGINIA OR AN AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court (checks to be made payable to judgment creditor) and mailed to the Clerk, U.S. District Court, 701 E. Broad St. Ste. 3000, Richmond, Va., 23219 or (3) appear before the U.S. District Court, U.S. Magistrate Judge's Office at the U.S. Magistrate at , 701 E. Broad St., Ste. 3000, Richmond Virginia on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of the writ of execution, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money

Case 3:23-cv-00543-RCY   Document 29   Filed 06/02/26   Page 2 of 2 PageID# 236

Case 3:23-cv-00543-RCY   Document 23-3   Filed 05/18/26   Page 1 of 4 PageID# 217

# GARNISHEE'S ANSWER

Commonwealth of Virginia    Va. Code § 8.01-511, -515

**TO THE GARNISHEE:**

1. Do **not** make checks payable to the Court. Make checks for monies withheld on garnishments payable to the name of the judgment creditor (plaintiff) as shown to the right.
2. Use this form for your answer/response.
3. Please record the **Case Number and Return/Hearing Date** on all checks and answers to be submitted to the court.
4. Please mail checks or responses to the Court listed on the Garnishment Summons.

[ ] Enclosed is a check made payable to the within-named judgment creditor for $ ................................................. which is the amount withheld from the judgment debtor.

[X] The garnishee holds no money or other property of the judgment debtor.

[ ] The garnishee does not have sufficient information to reasonably identify the judgment debtor.

Explain:

................................................................................................................

[ ] The judgment debtor was not employed by the garnishee during the period from the service of the summons until the return date.

[ ] The judgment debtor's wages, salary, other compensation, or other debt due or property of the judgment debtor, is not specified in the Garnishment Summons.

[ ] The debtor's "disposable earnings" are less than the amount statutorily exempt from garnishment.

[ ] The garnishee is currently deducting the maximum amount for an existing summons:

DATED: ........................ RETURN DATE: ........................ FROM: ........................................ COURT

[ ] The judgment debtor has filed a bankruptcy petition.

[ ] The judgment debtor account is: [ ] a solely owned account. [ ] a joint account held with ................................ of ................................................ containing $ ................................ funds.

[ ] The funds held by the garnishee include direct deposited federal benefits that are protected under federal law from garnishment. (Please specify the specific exemption, account balance, and protected amount, if applicable; attach as necessary.)

05-29-26
_____
DATE

_Olivia Strickland_
SIGNATURE

Olivia Strickland Deposit Specialist II
(PRINT OR TYPE) NAME AND TITLE OF PERSON SIGNING THIS ANSWER

**TO THE GARNISHEE OF PROPERTY OTHER THAN WAGES, SALARIES, COMMISSIONS OR OTHER EARNINGS:** If the summons contains either the social security number or taxpayer identification number of the judgment debtor, or the name and address of the judgment debtor, as either appears in your records, the summons shall be deemed to contain information sufficient to enable you to reasonably identify the judgment debtor. If sufficient or accurate information to enable you to reasonably identify the judgment debtor is provided, you **shall** (i) answer to the court, (ii) state what your records show as the last known address for the judgment debtor, and any other information you deem relevant, and (iii) **send to the judgment debtor at the last known address** a copy of this Answer to the court. This information can be provided on the reverse of this form.

In compliance with § 8.01-511.1, provide last known address for the judgment debtor and any other information deemed relevant based on the garnishee's records: ADVANCED HOME INSPECTION
2102 BUCKINGHAM AVE
HENRICO VA  23228-6027

FORM DC-456 REVISED 10/17

---

RETURN DATE
August 4, 2026
@ 1:00 p.m.

CASE NO.
3:23CV543 (RCY)

## GARNISHEE'S ANSWER

U.S. Bank National Association
...................................................
JUDGMENT CREDITOR

v.

Advanced Home Inspection LLC
...................................................
JUDGMENT DEBTOR

Truist Bank
...................................................
GARNISHEE

**COMPLETE AS LISTED ON GARNISHMENT SUMMONS:**

US District Court for the Eastern District of VA
...................................................
COURT NAME

701 East Broad Street, Richmond, VA 23219
...................................................
COURT ADDRESS

...................................................
COURT TELEPHONE NUMBER

## ATTORNEY FOR GARNISHEE

...................................................

...................................................